C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-11-80923  C-13D |
| Roger K. Fowler | ) | |
| Fontella L. Fowler | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER OVERRULING OBJECTION TO CLAIM

On September 8, 2011, a hearing was held on the Debtors' Objection to Claim No. 6 of Bank of America. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee. Counsel for the Debtors stated to the Court that Bank of America had amended its claim and the Debtors had no objection to the amended claim. The Court, after considering the Objection in this matter and having heard and considered the statements of counsel, finds that the Objection should be overruled; therefore, it is

ORDERED that the Objection by the Debtors to Claim No. 6 in favor of Bank of America is overruled.

**PARTIES IN INTEREST**
**Page 1 of 1**
**11-80923 C-13D**

Roger K. Fowler
Fontella L. Fowler
5012 Millstone Dr.
Durham, NC  27713

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Sean M. Corcoran, Esq.
5121 Parkway Plaza Blvd., Ste. 300
Charlotte, NC 28217